UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  07-60290-Cr-Marra

UNITED STATES OF AMERICA,

    Plaintiff,

v.

COREY EDWARDS

    Defendant.

_____/

**REPORT AND RECOMMENDATION ON SUPERVISED RELEASE VIOLATION**

This matter came before the Court on a Petition by the United States Probation Officer alleging that Mr. Edwards violated his supervised release by committing a domestic battery in violation of Florida law. ECF No. 261.  The undersigned conducted a status conference on October 14, 2020.  At that hearing, the Government informed the Court that the state charge had been dismissed.  The Government then moved to dismiss the violation petition.  The United States Probation Officer concurred in the recommendation to dismiss the petition.

WHEREFORE, it is RECOMMENDED that the petition be dismissed, and no further proceedings be conducted on the alleged violation of supervised release.

A party shall serve and file written objections, if any, to this Report and Recommendation with U.S. District Judge Kenneth A. Marra, within 14 days after being served with a copy.  *See* 28 U.S.C. § 636(b)(1)(C).  Failure to file timely objections may limit the scope of appellate review of factual findings contained herein.  *See U.S. v. Warren*, 687 F.2d 347, 348 (11th Cir. 1982) cert. denied, 460 U.S. 1087 (1983).

DONE and SUBMITTED in Chambers at West Palm Beach in the Southern District of Florida, this 15th day of October 2020.

*[signature: Bruce Reinhart]*

BRUCE E. REINHART
U.S. MAGISTRATE JUDGE