UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60290-CR-MARRA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

COREY EDWARDS,

    Defendant.
_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon the Petition for Summons for Offender Under Supervision [DE 261] and the Magistrate Judge's Report and Recommendation **[DE 283].** The Court has considered the Report and Recommendation, the pertinent parts of the record, and being otherwise fully advised in the premises it is

**ORDERED and ADJUDGED** that Magistrate Judge's Report and Recommendation is hereby **ADOPTED and AFFIRMED.** The Petition for Summons [DE 261] is **DISMISSED.**

**DONE and ORDERED** at West Palm Beach, Florida, this 3rd day of November, 2020.

                                        KENNETH A. MARRA
                                        United States District Judge

Copies furnished to:

Magistrate Judge William Matthewman
All counsel